IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

DENIS BELYI, *

Petitioner, *

v. * Case No. 4:26-CV-00472-CDL-CHW

WARDEN JASON STREEVAL, et al, *

Respondents. *

## **J U D G M E N T**

Pursuant to this Court's Order dated November 18, 2026, and for the reasons stated therein, JUDGMENT is hereby entered, dismissing this case.

This 18th day of November, 2026.

David W. Bunt, Clerk

s/ Angelica E. Niccolai, Deputy Clerk